**Motion Granted and Order filed March 5, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00599-CR
_____

**MICHAEL JOHN BURKLAND, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from County Criminal Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 2107369**

## ORDER

Appellant is represented by retained counsel, **Troy McKinney**. Appellant's brief was originally due November 7, 2018. We have granted a total of 100 days to file appellant's brief until February 15, 2019. When we granted the most recent extension, we cautioned that no further extensions would be granted absent extraordinary circumstances.

On March 1, 2019, counsel filed a further request for an extension of time until March 18, 2019 to file appellant's brief. The motion alleges (1) the reporter's record required supplementation, which occurred on February 14, 2019, and (2) counsel was out of the office for several weeks due to medical issues.

We **GRANT** the request until **March 18, 2019**. **No further extensions will be granted absent extraordinary circumstances.**

If counsel does not timely file appellant's brief as ordered and no extraordinary circumstances are shown, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant